## Ralph Bartuch, Plaintiff-Appellee, v. Henry M. Karikomi, Defendant-Appellant.

### Gen. No. 48,520.

First District, Second Division.

February 23, 1962.

Vogel & Vogel, of Chicago (L. H. Vogel, Robert B. Johnstone, and Dom J. Rizzi, of counsel), for appellant; Drake Leoris, of Chicago, for appellee. Opinion by MR. PRESIDING JUSTICE FRIEND. Not to be published in full.